UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-8129-JMH

IN RE SEALED COMPLAINT
_____/

MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Complaint, Arrest Warrants, and any resulting Order be UNSEALED following the arrest of both defendants. A proposed Order is attached.

Respectfully submitted,

WILFREDO A. FERRER
UNITED STATES ATTORNEY

By: S/ Kerry S. Baron
Kerry S. Baron
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500073
500 S. Australian Avenue, Ste. 400
West Palm Beach, Florida 33401
E-mail: Kerry.Baron@usdoj.gov.gov
Tel: (561) 820-8711
Fax: (561) 659-4526