UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-8129-JMH

IN RE SEALED COMPLAINT
_____/

UNSEALING ORDER

The United States of America, having applied to this Court for an Order unsealing the Complaint, Arrest Warrants, and Order and the Court finding good cause:

IT IS HEREBY ORDERED that the Complaint, Arrest Warrants, and this Order shall be unsealed.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this 17th day of May, 2010.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Kerry S. Baron